UNITED STATES of America,
Plaintiff–Appellee

v.

Kevin MORRIS, Defendant–Appellant

United States of America,
Plaintiff–Appellee

v.

Anita D. Morris, Defendant–Appellant.

Nos. 07–30620, 07–30657
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 23, 2008.

Robert Watts Gillespie, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Allen Lewis Smith, III, Law Offices of Allen L. Smith III, Alexandria, LA, Joseph R. Streva, Jr., Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

In these consolidated appeals, Kevin Morris appeals the sentence imposed following his conviction for conspiracy to commit financial aid fraud and bank fraud.

---

1. *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Anita D. Morris appeals the sentence imposed following her conviction for one count of conspiracy to commit financial aid fraud and bank fraud and one substantive count of bank fraud. Both Kevin and Anita Morris argue that their trial counsel were ineffective for failing to object to the sentence enhancement imposed under U.S.S.G. § 2B1.1(b)(8)(D).

The record is not sufficiently developed to evaluate the substance of the appellants' claims on direct appeal. Therefore, we decline to address the ineffective assistance of counsel claims, without prejudice to the appellants' rights to raise them in a 28 U.S.C. § 2255 motion. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006).

Accordingly, the judgments of the district court against Kevin Morris and Anita D. Morris are AFFIRMED.